[No. 35388-8-I.    Division One.    August 26, 1996.]

MORTGAGE INVESTMENTS, INC., *Respondent*, v. WES UHLMAN, ET AL., *Appellants*, PROPERTY MANAGEMENT SERVICES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-24097-I, Michael J. Fox, J., entered September 13, 1994. *Affirmed in part* and *reversed in part* by unpublished opinion per Kennedy, J., concurred in by Baker, C.J., and Agid, J.

[No. 35592-9-I.    Division One.    August 26, 1996.]

GOLDEN INTERNATIONAL CORP., ET AL., *Appellants*, v. YONG HING, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-25504-9, Marsha J. Pechman, J., entered October 14, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid and Becker, JJ.

[No. 35606-2-I.    Division One.    August 26, 1996.]

MAXINE M. WELLS, *Appellant*, v. FARMERS INSURANCE COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-04310-6, Jim Bates, J., entered November 7, 1994. *Affirmed in part* and *reversed in part* by unpublished opinion per Ellington, J., concurred in by Grosse and Cox, JJ.

[No. 35985-1-I.    Division One.    August 26, 1996.]

TERRY CARNEY, *Appellant*, v. WILLIAM KWAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-15821-1, Liem E. Tuai, J., entered December 28, 1994. *Reversed* by unpublished opinion per Ellington, J., concurred in by Webster and Becker, JJ.